THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT FIAMMEGTA, Appellant. [869 NYS2d 791]

The court's inquiry regarding the circumstances concerning the defendant's discharge from a drug treatment program was sufficient to determine that the defendant violated the plea agreement (*see People v Kitchens,* 46 AD3d 577 [2007]; *People v Covington,* 28 AD3d 575 [2006]; *People v Garner,* 18 AD3d 669 [2005]; *see also People v Valencia,* 3 NY3d 714 [2004]; *cf. Torres v Berbary,* 340 F3d 63 [2003]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Fisher, J.P., Florio, Angiolillo and Carni, JJ., concur.